THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY E. YOUNG,<br><br>        Petitioner,<br><br>    v.<br><br>DON HOLBOROSK,<br><br>        Respondent. | CASE NO. C14-0937-JCC<br><br>ORDER |

The Court has reviewed Petitioner's 28 U.S.C. § 2254 habeas petition (Dkt. No. 6), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, (Dkt. No. 7), Petitioner's objections thereto (Dkt. No. 9), and the remaining record. Petitioner recognizes that this is a second or successive petition. (Dkt. No. 9 at 2.) The Court finds and ORDERS as follows:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's 28 U.S.C. § 2254 petition is TRANSFERRED to the Ninth Circuit as a second or successive petition.

(3) The Clerk is DIRECTED to send copies of this Order to Petitioner and to the Hon. Brian A. Tsuchida and to administratively CLOSE this file.

//

//

1  //

2  DATED this 23rd day of September 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2